UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:00-cr-442-T-27AEP

ANTHONY WAYNE MORRISON
LAZZARA
_____/

## ORDER

THIS MATTER is before the Court on Defendant Anthony Lazzara's Unopposed Motion for Exoneration of Any and All Bond Obligations and/or Obligors. (Dkt. 87.) On September 22, 2015, Defendant appeared before the Court and entered a plea of not guilty and was granted pretrial release subject to conditions. (Dkt. 17.) Specifically, as conditions of his pretrial release, Defendant filed a $25,000.00 appearance bond, co-signed by Elizabeth Morrison-Lazzara ("Co-signor"), which was secured by an agreement to forfeit property. (Dkts. 18 and 19.) On June 14, 2016, Defendant was found guilty and received his sentence. (Dkts. 80–81.) As a result of Defendant being sentenced, all of his bond obligations have been satisfied. Accordingly, it is

**ORDERED**:

1. Defendant Anthony Lazzara's Unopposed Motion for Exoneration of Any and All Bond Obligations and/or Obligors (Dkt. 87) is **GRANTED**.

2. The bond obligations of Defendant and Co-Signor, including the agreement to forfeit property, are hereby exonerated and discharged.

**DONE** and **ORDERED** in Tampa, Florida on June 27, 2016.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record